United States Bankruptcy Court
Northern District of Ohio
Eastern Division at Akron

| In re: | * | Case No. 19-50136 |
|---|---|---|
| Susan M Brys | * | |
| | * | Chapter 13 |
| | * | Judge Alan Koschik |
| Debtors | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Now come the debtor's attorney, James F. Hausen, and he supplements his objection to Trustee's Motion to Dismiss.

Counsel has not heard or received any documents in this case from the Debtor in order to properly prosecute it. Counsel will also be unavailable for the hearing set for May 16, 2019. Counsel has notified the Chapter 13 Trustee about this. The Chapter 13 Trustee's office has told Counsel he still wants the hearing to go forward on May 16, 2019 and Counsel should file a response stating what he told the Chapter 13 Counsel.

/s/ James F. Hausen
James F. Hausen (0073694)
Attorney for Debtors
215 E. Waterloo Rd, Suite 17
Akron, OH 44319
Telephone: (234)-678-0626
Fax: 234-678-0638

1

## CERTIFICATE OF SERVICE

I certify that this Objection was electronically transmitted on or about May 10, 2019 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Chapter 13 Trustee, Keith Rucinski

I further certify that the following received notice by regular US Mail prepaid postage at the specified address on the date first set forth above:

None

/s/ James F. Hausen
James F. Hausen